UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MELVIN LAMAR PERKINS                                                    PLAINTIFF

VERSUS                                        CIVIL ACTION NO. 1:17CV171-LG-RHW

VAN ARNOLD et al                                                      DEFENDANTS

## **FINAL JUDGMENT**

In accordance with the requirement for a separate document pursuant to Federal Rule of

Civil Procedure 58(a) and based on the reasons set forth in the Memorandum Opinion and Order

entered by this Court granting Defendants' motions for summary judgment, the Court hereby

enters its Final Judgment in the above-captioned matter.

IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiff's 42 U.S.C. § 1983

civil rights complaint is dismissed without prejudice as to all claims and all defendants.

SO ORDERED AND ADJUDGED, this the 15th day of April 2019.


/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE